UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TYSHAWN WEAVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-CV-289-KAC-DCP |
| | ) | |
| KNOX COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this action is **DISMISSED with prejudice** pursuant to Federal Ruel of Civil Procedure 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**
 s/ Katherine A. Crytzer
 KATHERINE A. CRYTZER
 United States District Judge

ENTERED AS A JUDGMENT

 s/ LeAnna R. Wilson
  CLERK OF COURT